IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES A. McCAIN,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-132-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405 (g).

_____
Peter Oppeneer, Clerk of Court

2/13/13
Date